IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MELISSA ANN HIGGINBOTHAM                              PLAINTIFF

v.                      Case No. 4:16-cv-00520-KGB-PSH

NANCY A. BERRYHILL,
**Acting Commissioner, Social
Security Administration**                                                    DEFENDANT

## ORDER

Before the Court are the Proposed Findings and Recommendation ("Recommendation") from United States Magistrate Judge Patricia S. Harris (Dkt. No. 7). No objections to the Recommendation have been filed, and the time for filing objections has passed. After review, this Court adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*). The Court dismisses without prejudice plaintiff Melissa Ann Higginbotham's complaint.

So ordered this 7th day of February, 2018.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge